**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **SCOTTSDALE INSURANCE** | § | |
| **COMPANY** | § | |
|     *Plaintiff,* | § | |
| | § | |
| | § | **CIVIL ACTION NO.** 7:10-CV-83 |
| **v.** | § | |
| | § | |
| **COLONY INSURANCE COMPANY** | § | |

**INDEX OF PLEADINGS FILED IN 398th JUDICIAL DISTRICT COURT
OF HIDALGO COUNTY, TEXAS**

<u>**Date Filed**</u>

1.    Plaintiff's Original Petition and citation                03/19/2010



EXHIBIT

A

Electronic Filing Manager

Page 1 of 2

| | |
|---|---|
| Attorney Name: | Nelson, Michael F. |
| Attorney Email: | fnelson@bbarr.com |
| Bar Number: | 14904625 |
| Law Firm: | Burt Barr & Associates, L.L.P. |
| Address: | P.O. Box 223667 |
| City/State/Zip: | Dallas, TX 75222 |
| Phone Number: | 214-943-0012 |
| Fax Number: | 214-943-0048 |
| Filer Name: | Nelson, Michael F. |
| Filer ID: | fnelson1 |
| Filer Email: | fnelson@bbarr.com |
| Filer Type: | Attorney |
| Filing Type and Fee Changes Allowed? | Yes |

**Filing Information**                                              View All Participants

| | |
|---|---|
| Filing Status: | Acknowledgement - Open |
| Filer Submission Date/Time | Friday, March 19, 2010 2:09 PM |
| Trace Number: | ED108J015710647 |
| Court Assignment: | |
| Hearing Date: | |
| Court Type: | District |
| Case/Cause Number: | |
| Style/Case Name: | Scottsdale Insurance Company v. Colony Insurance Company |
| Filing Type: | Civil Suit (No Service) |
| Sealed Document: | No |
| Special Instructions: | Please charge any additional fees associated with the filing and service of process to the provided card. |

Comments to the Filer:

**Respondents**

| | |
|---|---|
| Name: | Commissioner of INsurance for the State of Texas |
| Delivery Method: | Service of Citation by Sheriff |
| Service Comments: | |
| Address: | 333 Guadalupe |
| | Austin, TX 78701 |

**Payment Information**

Payment Method: Credit Card - MasterCard, Account # ****************7784

**Filing Fees**

| | |
|---|---|
| Civil Suit (No Service) | $222.00 |
| | **Filing Fee Total:** $222.00 |

**Misc. Fees**

| | |
|---|---|
| Citation | $8.00 |
| Number of Citations (1) | |
| Jury Fee | $30.00 |
| Non-Certified Copy per Page | $6.00 |
| Number of Pages (6) | |
| | **Misc. Fee Total:** $44.00 |

**Service Fees**

Service of Citation by Sheriff

$60.00

**Service Fee Total:** **$60.00**

**Grand Total:** **$326.00**

ORIGINAL
Filed
10 March 19 P2:09
Laura Hinojosa
District Clerk
Hidalgo District

CAUSE NO. C-832-10-I

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| VS. | § § | HIDALGO COUNTY |
| COLONY INSURANCE COMPANY | § § § | |
| Defendant. | § | 398TH JUDICIAL DISTRICT |

## ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Scottsdale Insurance Company (Scottsdale) brings its original petition against Colony Insurance Company (Colony), and would show:

Discovery in this action should be controlled by Level 2.

This Court has jurisdiction over the parties and the claims. Venue lies in Hidalgo County under CPRC § 15.002(a)(1).

Scottsdale is authorized to do business in the State of Texas as is defendant Colony Insurance Company (Colony).

Colony has not designated an attorney for service with the Texas Department of Insurance. Colony can be served by serving the Commissioner of Insurance for the State of Texas.

Scottsdale seeks contribution and subrogation from Colony. Scottsdale and

Colony insured Chicho's Welding and Erectors (Chicho). Chicho was a third-party defendant in a construction defect based action: Cause No. C-2974-07-I, in the 398th Judicial District Court of Hidalgo County, Texas, styled *Woodcrafters Home Products, LLC. v. McAllen Steel Erectors, Inc. v. Chicho's Welding & Erectors* (the "Lawsuit"). Scottsdale seeks affirmative relief for loss adjustment expenses incurred in defending claims in the Lawsuit.

Scottsdale and Chicho entered into a general liability insurance contract numbered CLS1481996 (CLS Policy), for the period 8/22/06 to 8/22/07. Colony issued a general liability insurance to Chicho for the policy periods 8/22/04 to 8/22/05.

Woodcrafters hired McAllen Steel to install a roof on a metal building. McAllen Steel hired Chicho as a subcontractor for the installation of the roof. The installed roof leaked. Woodcrafters brought the Lawsuit against McAllen Steel and Chicho for construction defects. McAllen Steel brought a third-party action against Chicho for contribution. Woodcrafters' allegations included claims for negligence, breach of contract, and breach of warranty. Woodcrafters alleged that its damages occurred in 2005 through 2007.

Scottsdale afforded a defense to Chicho for Woodcrafter's claims and McAllen Steel's third-party claims. Although defense of Woodcrafter's claims and McAllen

Steel's third-party claims against Chicho were tendered to Colony, Colony refused to afford a defense. Scottsdale paid monies for Chicho's incurred defense costs, which were satisfied by insurance proceeds.

Colony had a duty to defend Chicho under the policy of insurance it issued to Chicho. That duty was triggered by the petition and third-party petition in the Lawsuit and Chicho's tender of the defense of those claims to Colony. The live pleadings in Woodcrafter's petition and McAllen Steel's third-party petition contained allegations that stated facts which would support a cause of action within the coverage of Colony's policy issued to Chicho. Woodcrafters and McAllen Steel have alleged claims against Chicho for which Colony may be obligated to pay.

## CONTRIBUTION

The Scottsdale policy provides in SECTION IV- CONDITIONS 4.c.:

**Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributing equal amounts until it has paid its applicable limit of insurance or none of the *loss* remains, whichever comes first.

If any other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers. (Emphasis added)

The method of sharing only applies to *loss* (indemnity), not defense. Accordingly, Scottsdale did not contractually agree to pay only its pro rate share of defense costs. Scottsdale and Colony had a common obligation to pay defense costs incurred by Chicho in defending claims that fall within the coverage of Colony's policy issued to Chicho. This common obligation creates a right of contribution in Scottsdale.

Scottsdale has paid more than its fair share of the defense costs. Scottsdale has paid defense costs incurred by Chicho in the Lawsuit, and thus, has the right to recover the excess amount of defense costs paid by them, from Colony, which violated its duty to defend the common insured, Chicho.

Colony and Scottsdale shared a common obligation to afford a defense to Chicho for the Lawsuit. Scottsdale has made a compulsory payment or other discharge of more than its fair share of this common obligation.

The obligation to pay defense costs is equally and concurrently due by Colony and Scottsdale. Scottsdale is entitled to recover those defense costs to be shared by the policy of insurance issued by Colony to Chicho. Colony had an obligation to pay its share of the defense costs incurred by Chicho in the Lawsuit, for which Scottsdale seeks recovery.

## INSURANCE CODE VIOLATIONS

Scottsdale is a person as defined by Texas Insurance Code § 541.002(2). Colony is a person as defined by Texas Insurance Code § 541.002.

Colony violated § 541.060(a)(5) by refusing to pay an applicable first-party claim (defense costs) on the basis that coverage from other carriers was available. The Colony policy did not specifically provide for such a coverage interpretation.

Colony also violated Chapter 541 by failing to pay a valid claim (defense costs) without conducting a reasonable investigation and by making a misrepresentation of the benefits afforded by its policy.

Colony's act or practice was a producing cause of damage to Scottsdale. Scottsdale also seeks recovery of its attorney's fees under § 541.152(a)(1) of the Texas Insurance Code.

Scottsdale requests a trial by jury.

Pursuant to Rule 194, you are requested to disclose, within 50 days of service of this request, the information or materials described in Rule 194.2.

### PRAYER

WHEREFORE, Scottsdale respectfully requests:

A.     That this Court award Scottsdale reimbursement of attorney's fees and loss adjustment expenses incurred in defending Chicho in the Lawsuit, which should

have been paid by Colony;

B.      That the Court award Scottsdale its attorney's fees incurred in this action, through appeal, under the Texas Insurance Code;

C.      That the Court award Scottsdale its costs, prejudgment interest, and postjudgment interest, as allowed by applicable law; and

D.      That the Court grant Scottsdale such other and further relief as it may deem just and proper.

Respectfully submitted,

BURT BARR & ASSOCIATES, L.L.P.

By: _____

M. FOREST NELSON
State Bar No.  14904625
203 E. Colorado Blvd
Dallas, Texas 75203
(214) 943-0012
Telefax:  (214) 943-0048

ATTORNEYS FOR SCOTTSDALE
INSURANCE COMPANY

C-832-10-I
DISTRICT COURT, HIDALGO COUNTY, TEXAS 398JUDICIAL DISTRICT
OF TEXAS
------------------------------------------------------------------------
CITATION
------------------------------------------------------------------------
SCOTTSDALE INSURANCE COMPANY

vs.

COLONY INSURANCE COMPANY
------------------------------------------------------------------------

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.
If you of your attorney do not file a written answer with the clerk who
issued this citation by 10:00 a.m. on the Monday next following the
expiration of twenty (20) days after you were served this citation
and petition, a default judgment may be taken against you.
    To: COLONY INSURANCE COMPANY
        TEXAS DEPARTMENT OF INSURANCE
        COMMISSIONER OF INSURANCE FOR THE STATE OF TEXAS
        333 GUADALUPE
        AUSTIN, TX 78701
        You are hereby commanded to appear by filing a written answer to
the ORIGINAL PETITION   at or before 10:00 o'clock a.m.  on the Monday next
after the expiration of twenty (20) days after the date of service hereof,
before the Honorable 398 Judicial District Court of Hidalgo County, Texas at
the Courthouse, 100 North Closner, Edinburg, Texas 78539.
        Said Petition was filed on the 19th of March,
2010 and a copy of same accompanies this citation.
The file number and style of said suit being No. C-832-10-I

SCOTTSDALE INSURANCE COMPANY
vs.
COLONY INSURANCE COMPANY

        Said Petition was filed in said Court by NELSON, M. FOREST
whose address is 203 E. COLORADO BLVD., DALLAS, TX 75203.
        The nature of the demand is fully shown by a true and correct
copy of the petition accompanying this citation and made a part hereof.
        The officer executing this writ shall promptly serve the same
according to requirements of law, and the mandates thereof, and make
due return as the law directs.
        Issued and Given under my hand and seal of said Court, at
Edinburg, Texas this the 30th day of March, 2010

                        Laura Hinojosa, District Clerk
                        Hidalgo County, Texas
                By: _____
                        SONIA PONCE   ,DEPUTY CLERK

CERTIFICATE OF RETURN
UNDER RULES 103 T.R.C.P.

This is to certifiy that on the 30th day of March, 2010  I, SONIA PONCE
DEPUTY CLERK of the 398th Judicial Court of Hidalgo County, Texas mailed
to the defendant in cause number C-832-10-I, SCOTTSDALE INSURANCE COMPANY
vs.  COLONY INSURANCE COMPANYa copy of the citation along with a copy of
the petition by certified mail return receipt requested that on the
_____ day of _____, 2010 receipt was returned served on the
_____ day of _____, 2010 (or unserved for the reason on the
certificate return)_____

GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at office in Edinburg
Texas this the _____ day of _____, 2010
                                LAURA HINOJOSA, DISTRICT CLERK
                                HIDALGO COUNTY, TEXAS

            BY:_____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Colony Insurance Company
Texas Department of Insurance
Commissioner of Insurance
for the State of Texas
333 Guadalupe
Austin, TX 78161

C-832-10-I

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( Printed Name )

RECEIVED
APR 01 2010
TEXAS DEPT. OF INSURANCE
MAILROOM

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7009 2250 0004 2440 9325

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**FILED**
AT _____ O'CLOCK _____ M
Apr 09 2010

Hidalgo County
District Clerk
P.O. Box 87
Edinburg, TX 78540